IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEARL IP LICENSING LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RADIANS, INC.,<br><br>　　　　Defendant. | Civil Action No.: 2:22-cv-00604-RSM<br><br>**TRIAL BY JURY DEMANDED**<br><br>**ORDER GRANTING MOTION TO STAY AND NOTICE OF SETTLEMENT** |

On this day came on to be considered the Motion to Stay All Deadlines and Notice of Settlement (D.E. 14). The Court having now reviewed said Motion finds that it is well taken and should be granted. It is, therefore,

ORDERED that the Motion is hereby GRANTED and all deadlines are further stayed until November 21, 2022.

IT IS SO ORDERED.

DATED this 23rd day of September 2022.

　　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1

MANN LAW GROUP PLLC
403 MADISON AVE. N. STE. 240
BAINBRIDGE ISLAND, WA 98110
PHONE: 206-436-0900